IRVING WRIGHT, Respondent, *v.* HARRIET E. ROBERTS, et al., Appellants, et al., Respondents.

(Argued December 17, 1889; decided January 14, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 15, 1887, which affirmed a judment in favor of plaintiff entered upon a decision of the court on trial without a jury.

*Charles Henry Phelps* for appellants.

*J. S. Millard* and *L. T. Yale* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.